PROB 12B
(7/93)

Report Date:  July 6, 2009

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Francisco Robledo                 Case Number: 2:04CR02057-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 01/27/2005              Type of Supervision:     Supervised Release

Original Offense: Conspiracy to Possess With Intent     Date Supervision Commenced: 07/06/2009
to Distribute 500 Grams or More of a Mixture or
Substance Containing a Detectable Amount of
Methamphetamine, 21 U.S.C. § 846

Original Sentence:  Prison - 87 Months; TSR - 60      Date Supervision Expires: 07/05/2014
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
       directed by the supervising probation officer, but no more than six tests per month, in order to confirm
       continued abstinence from these substances.

### CAUSE

Ninth Circuit case law requires the Court to specify a specific number of urine tests to be set.  Enclosed is a waiver
signed by the defendant agreeing to the above modification of his conditions of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   7/6/09

U.S. Probation Officer

Prob 12B
**Re:  Robledo, Francisco**
**July 6, 2009**
**Page 2**

## THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[  ]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____          Signed: _____
             U.S. Probation Officer                              Francisco Robledo
                                                         Probationer or Supervised Releasee

_____
July 6, 2009
Date